1010

**AMERICAN TOBACCO COMPANY, Plaintiff-Appellant, v. Frank C. BOWERS, as Executor of the Estate of Frank K. Bowers, Deceased, Defendant-Appellee.**

No. 114.

Circuit Court of Appeals, Second Circuit.

Feb. 7, 1938.

Robert H. Montgomery, of New York City (James O. Wynn, of New York City, of counsel), for appellant.

Lamar Hardy, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for defendant-appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Ilfeld Co. v. Hernandez, 292 U.S. 62, 54 S.Ct. 596, 78 L.Ed. 1127, and McLaughlin v. Pacific Lumber Co., 293 U.S. 351, 55 S.Ct. 219, 79 L.Ed 423.

**ALEXANDER ANDERSON, Inc., v. EASTMAN OIL WELL SURVEY COMPANY OF CALIFORNIA et al.**

No. 8763.

Circuit Court of Appeals, Ninth Circuit.

Feb. 7, 1938.

Lyon & Lyon, of Los Angeles, Cal., for appellant.

Hill, Morgan & Bledsoé and Joseph F. Westall, all of Los Angeles, Cal., for appellees.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

**BELL & GOSSETT COMPANY, Plaintiff-Appellant, v. Harry W. SWANSON, Defendant-Appellee.**

No. 202.

Circuit Court of Appeals, Second Circuit.

Feb. 7, 1938.

Maurice M. Moore, of Minneapolis, Minn., John R. Nicholson, of Chicago, Ill., and T. Clay Lindsey, of Hartford, Conn., for appellant.

A. Yates Dowell, of Washington, D. C., and Curtiss K. Thompson, of New Haven, Conn., for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed.